Christopher J. Hamner, Esq. (SBN 197117)
**HAMNER LAW OFFICES, APLC**
26565 West Agoura Road, Suite 200-197
Calabasas, California 91302
Telephone: (888) 416-6654
chamner@hamnerlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY RODRIGUEZ, et. al. | Case No. 2:20-cv-05519-CBM-RAO |
| Plaintiffs | **DISMISSAL OF THE ENTIRE ACTION, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(i), WITHOUT PREJUDICE** |
| v. | |
| HARBOR DISTRIBUTING, LLC, et. al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(A)(i), by and through undersigned counsel, Plaintiffs hereby dismisses the entire action <u>without prejudice</u>.

**DATED:** September 25, 2020

HAMNER LAW OFFICES, APLC

_____
Christopher J. Hamner
Attorney for Plaintiffs